CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

MAR 27 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARSHALL FRANKLIN METZ, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>NEW RIVER VALLEY REGIONAL )<br>    JAIL, et al., )<br>    Defendants. ) | Civil Action No. 7:09-cv-00022<br><br>ORDER<br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED** for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 27th day of March, 2009.

                                            /s/ James C. Turk
                                          Senior United States District Judge